**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JOSEPH DEWAR, | |
|     Plaintiff, | CIVIL ACTION NO. 3:14-2245 |
|     v. | (JUDGE CAPUTO) |
| SKI SHAWNEE, INC. and GARY C. CREGAR, | |
|     Defendants. | |

## ORDER

**NOW**, this 2nd day of December, 2014, **IT IS HEREBY ORDERED** that Plaintiff is given leave to file an amended complaint within **twenty-one (21) days** from the date of entry of this Order. If Plaintiff fails to do so, the action will be dismissed.

                                                /s/ A. Richard Caputo
                                              A. Richard Caputo
                                              United States District Judge